UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

*FILED*

~1 OCT 22 PH 2:5··

U.S. D·····
N.D OF ALABAMA·1

AARON JEROME HEIDELBERG,           )
                                   )
          Plaintiff,               )
                                   )
v.                                 )          CV 99-S-1202-NE
                                   )
MICHAEL W. HALEY, et al.,          )
                                   )          **ENTERED**
          Defendants.              )
                                              OCT 22 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 25, 2001, recommending that the following claims be dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1): (1) violations of plaintiff's right to due process of law surrounding disciplinary infractions against all named defendants; (2) conspiracy to violate plaintiff's right to due process of law surrounding a purported dinner table conversation and  a general conspiracy to violate plaintiff's due process of law surrounding all disciplinary infractions and all defendants;(3)plaintiff's conditions of confinement; (4) defendants Lovett's   and   McGee's   purported   use   of   excessive   force; (5) defendants Garden's, Carter's, Goode's, Kent's, Carroll's and McBryde's purported threats; (6) all  fictitious parties; (7) all claims against Cowart, Officer Martin, Steward Young, Sgt. Siler, Captain  Huey  and  Sgt.  Martin;  (8)  all  claims  against  Prison

Commissioner Michael Haley; (9) conspiracy to deprive and retaliate against the plaintiff because of his desire to exercise his freedom of religion; and (10) conspiracy by defendants Handon and Wise to deny plaintiff equal protection of the law by confiscating his religious materials.

The magistrate judge further recommended that the remaining claims against defendants:

| | |
|---|---|
| Warden Ralph Hooks | Deputy Warden David J. Wise |
| Lieutenant B. Handon | Lieutenant Wallace |
| Lieutenant Goode | Sgt. Brock |
| Sgt. R.  Emerson | Sgt. R. Donoway |
| Sgt.  R. Mason | CO1 G. Mealer |
| CO1M. Huges | CO1 Kent |
| CO1 J. Britt | CO1 McGee |
| CO1 Sheehy | CO1 Lovett |
| CO1 S. Carroll | CO1 Mitchell |
| CO1 Garden | Steward  J. Martin |
| Steward Chapman | Steward M. McBryde |

regarding: (1) First Amendment violations; (2) Equal Protection violations; (3) Cruel and Unusual Punishment; and (4) Conspiracy and Retaliation claims with regard to the aforementioned violations when stated hereinabove be referred to him for further proceedings. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the claims against the

above referenced defendants are due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b) and the remaining claims are due to be referred to the magistrate judge for further proceedings. An appropriate order will be entered.

DATED this the **22nd** day of **October**, 2001.

_____
UNITED STATES DISTRICT JUDGE

3