UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

AARON JEROME HEIDELBERG, )
)
Plaintiff, )
)
v. ) CV 99-S-1202-NE
)
MICHAEL W. HALEY, et. al., )
)
Defendants. )

FILED
02 OCT 11 AM 10: 34
U.S. D[...]
N.D. OF ALABAMA

ENTERED
OCT 11 2002
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**MEMORANDUM OF OPINION**

By report and recommendation entered March 22, 2002, the magistrate judge recommended plaintiff's freedom of religion claims against defendants Wise and Hendon, and freedom of speech claims against defendants Carter, Mealer, Britt, and Kent be submitted to evidentiary hearing. The Court adopted the magistrate judge's report and recommendation on May 8, 2002. On September 12, 2002, the magistrate judge held an evidentiary hearing. A supplemental report and recommendation containing proposed findings of fact and conclusions of law was entered on September 16, 2002. The plaintiff filed objections on September 24, 2002.

After careful consideration of the entire record, the magistrate judge's supplemental report and recommendation, and the evidentiary hearing transcript, the Court hereby ADOPTS the supplemental report and recommendation and ACCEPTS the magistrate judge's proposed findings of fact and conclusions of law. It is therefore, ORDERED, ADJUDGED and DECREED as follows:

1. Plaintiff's claims against defendants Wise and Hendon are due to be DISMISSED WITHOUT PREJUDICE upon stipulation of the parties; and



2. Judgment is due to be entered in favor of defendants Carter, Mealer, Britt, and Kent, and all claims of plaintiff against said defendants are due to be DISMISSED WITH PREJUDICE.

Each party shall bear the burden of his own costs.

A separate order shall be entered contemporaneously herewith.

DONE on this the __11th__ day of October, 2002.

                                            _____
                                            United States District Judge